Plaintiff's motion for leave to amend complaint is GRANTED; the Clerk is directed to file the amended complaint on the docket as of the date of this Order.

ENTER: December 31, 2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Linda TenEck | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C. R. Bard, Inc., et al. | ) | Civil Action No. 2:13-cv-19869 |
| | )) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED PLEADING**

Plaintiff requests leave of court to file an amended pleading, 1st Amended Complaint.

A. Introduction

1. Plaintiff is Linda TenEyck, defendants are C.R. BARD, INC., SOFRADIM PRODUCTION SAS, TISSUE SCIENCE LABORATORIES LIMITED, AMERICAN MEDICAL SYSTEMS, INC., BOSTON SCIENTIFIC CORPORATION. (collectively the "Parties").

2. Plaintiff seeks to amend her Original Complaint to be against only C. R. Bard Inc., Sofradium Production SAS, American Medical Systems, Inc., and Boston Scientific Corporation, and to include the "Avauta Solo Anterior Synthetic Support System", the "Monarc ™ Subfascial Hammock", and the "Pinnacle Pelvic Floor Repair Kit" device.

B. Argument

3. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962).

4. The court should allow the filing of Plaintiff's amended pleading because it is appropriate and necessary. *See Gamma-10 Plastics, Inc. v. Am. President Lines, Ltd.*, 32 F.3d 1244, 1255-56 (8th Cir. 1994). Request that this case be included in MDL 2187, MDL 2325, MDL 2326.

5. Defendants will not be prejudiced by Plaintiff's amended pleading because in interest of justice the parties all agree that this case will be best served by transfer for coordinated or consolidated pretrial proceedings in MDL 2187, MDL 2325, MDL 2326. *Phelps v. McClellan*, 30 F.3d 658, 662-63 (6th Cir. 1994).

6.  Plaintiff's is filing its amended pleading along with this motion. All parties, consent to allow Plaintiff to file her amended complaint along with this motion.

C.  Conclusion

7.  For these reasons, Plaintiff's asks the court to grant leave to file the amended complaint.

Dated: December 11, 2013

                          Respectfully submitted,

                          By: _____
                          Shezad Malik MD JD,
                          Dr. Shezad Malik Law Office PC
                          Texas Bar No. 24053337
                          4925 Greenville Ave., Suite 320
                          Dallas, Texas 75206
                          Tel./Fax: (888) 210-9693
                          Email: DrMalik@ShezadMalik.com
                          **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2013 a copy of the foregoing Plaintiff's Memorandum in support of *Unopposed Motion for leave to file amended pleading and Plaintiff's Amended Complaint For C.R. Bard Inc., et al. Pelvic Systems Products Liability Litigation* was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filling receipt. Parties may access this filing through the Court's system.

                          By:    /s/ Shezad Malik

                          **Shezad Malik MD JD**